# IN THE SUPREME COURT OF THE STATE OF NEVADA

NICHOLAS JAMES AMATRONE,
    Appellant,
   vs.
STATE FARM FIRE AND CASUALTY;
STATE FARM INSURANCE AGENCY;
GREGORY A. MOORE; DOUGLAS
WOOD; ROBIN SINGER; BELFOR
RESTORATION; AND WILLIAMS
ELECTRICS,
    Respondents.

No. 72892

FILED

MAY 11 2017



## *ORDER DISMISSING APPEAL*

This is a pro se appeal from an order granting a motion for leave to file an amended answer. Eighth Judicial District Court, Clark County; Gloria Sturman, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, it appears that the judgment or order designated in the notice of appeal is not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). No statute or court rule provides for an appeal from an

interlocutory order granting a party leave to file an amended answer. We conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.[1]

_____ , J.
Hardesty

_____ J.
Parraguirre

_____ , J.
Stiglich

cc:     Hon. Gloria Sturman, District Judge
        Nicholas James Amatrone
        Kravitz, Schnitzer & Johnson, Chtd.
        Armstrong Teasdale, LLP/Las Vegas
        Morris Polich & Purdy, LLP/Las Vegas
        Pecos Law Group
        Eighth District Court Clerk

---

[1]We deny as moot respondent State Farm Fire and Casualty's motion to dismiss, and we deny its request for fees.